**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00201-CV

### IN THE INTEREST OF A.R.W., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-52158-2016**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 11, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID EVANS
PRESIDING JUSTICE